UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**LANCO INNS, INC.**

                **V.**                **CASE NUMBER: 5:01-CV-510(HGM/GHL)**

**INTERNAL REVENUE SERVICE**

**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing the complaint pursuant to the Memorandum-Decision and Order of the Hon. Howard G. Munson filed on June 30, 2006

DATED:    June 30, 2006

                                                  Clerk of Court

LKB:lmp